JEFF GRIFFITHS, ESQ.
GANJOO LAW OFFICE
870 MARKET STREET, SUITE 340
SAN FRANCISCO, CA 94102

TELEPHONE:   (415) 495-3710; (408) 975-0500
FAX:         (415) 495-3714; (408) 975-0501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFONIA

In the Matter of:                           ) C 07 5468
                                            ) Civil
Mehran GHAFOORIAN SEDIGH                    ) (CIS# A75-739-146)
                                            )
    Plaintiff,                              )
                                            ) **COMPLAINT FOR DECLARATION**
                                            ) **OF NATURALIZATION UNDER**
                                            ) **8 USC 1447 (b) AND 1421 (c)**
Michael Chertoff, Secretary Homeland Security )
Emilio Gonzales, USCIS Director             )
David Still, District Director, DHS         )
                                            )
    Defendants                              )
                                            )
                                            )
_____

   Plaintiff, by his Attorney, alleges the following complaints against Defendants:

1. Plaintiff is an individual and resident of the United States who resides within the jurisdiction of his Court. Plaintiff's claim to naturalization arises under 8 USC Section 1447 (b) and Section 1421 (c);

2. Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security, Emilio Gonzalez is the Director of the Bureau of Citizenship and Immigration Service of the DHS and David Still is the District Director of the San Francisco District. Defendants are used herein in their official capacities;

3. Defendants are responsible for processing and granting or denying naturalization applications filed within this district pursuant to 8 USC Section 1421, 8 USC 1427, 8 CFR Section 103.1 (g) (2) (ii), 8 CFR Section 310.2 and 8 CFR Section 316.3;

4. This Court has jurisdiction of this action pursuant to 8 USC Section 1447 (b), 8 USC 1421 (c), 28 USC 2201 and <u>U.S. V. Hovsepian</u>, 358 F.3d 1144-1160 (9th Cir. 2004) which gives this Court jurisdiction to examine the merits of Plaintiff's naturalization, so long as he has already completed his citizenship interview;

5. On or about 08/29/2006, the Plaintiff filed his application for naturalization with CIS at the California Service Center;

6. No decision, whatsoever, has been made by Defendant since Plaintiff's last inquiry in regards to his citizenship interview on or about August of 2006;

7. Plaintiff asks this court to review his application for naturalization 28 USC 1331, 28 USC 1361, 28 USC 1651 and 5 USC 701 since more than 120 days have been passed with no action taken by Defendants;

8. Plaintiff has made numerous attempts, for status and adjudication of his application but to no avail;

9. Plaintiff has exhausted all administrative remedies;

10. Plaintiff requests a judicial determination of his naturalization application and a declaration that he is entitled to be naturalized as a citizen of the United States.

WHEREFORE, Plaintiff prays that this Court will render a declaratory judgment that he is entitled to be naturalized; and that this Court will grant further relief as may be just, lawful and equitable to the premises including court costs and reasonable attorney fees.

Respectfully Submitted,

*[signature]*

JEFF GRIFFITHS, ESQ.
Attorney for Plaintiff

October 25, 2007