Clerk's Use Only

Initial for fee pd.:

Jeff Griffiths, ESQ.
Monica Ganjoo, ESQ.
Ganjoo Law Office
870 Market Street, Suite 340
San Francisco, CA 94102

Tel: (415) 495-3710
Fax: (415) 495-3714

FILED
07 OCT 26 AM 11:
RICHARD W. WIEKING
NORTHERN DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In the matter of:
GHAFOORIAN SEDIGH, Mehran

    Plaintiff(s),

    v.

Michael Chertoff, Secretary DHS
Emilio Gonzalez, USCIS Director
David Still, District Director, DHS

    Defendant(s).

CASE NO. C 07 5468 CW

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

E-filing

Pursuant to Civil L.R. 11-3, Jeff Griffiths, an active member in good standing of the bar of Indiana Supreme Court, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Mehran GHAFOORIAN SEDIGH in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Reem Azzghayer    Tel: 415-495-3710
870 Market Street, Suite 340, San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/24/2007

*[signature: Jeff Griffiths]*