UNITED STATES DISTRICT COURT

Northern District of California

Mehran GHAFOORIAN SEDIGH

CASE NO. C 07 5468

FILED OCT 30 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Plaintiff(s),

v.

Michael Chertoof, Secretary of DHS
Emilio Gonzalez, USCIS Director
David Still, District Director DHS

Defendant(s).

(Proposed) ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

CW

E-filing

Jeff Griffiths, ESQ., an active member in good standing of the bar of Indiana Supreme Court whose business address and telephone number (particular court to which applicant is admitted) is

Ganjoo Law Office
870 Market Stret, Suite 340
San Francisco, CA 94102   TEL: (415) 495-3710, FAX: (415) 495-3714

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Mehran GHAFOORIAN SEDIGH

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: OCT 3 0 2007

United States ~~Magistrate~~ District Judge