1 | JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
EDWARD OLSEN, CSBN 214150
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-6915
FAX: (415) 436-6927

8 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

MEHRAN GHAFOORIAN SEDIGH, )
) No. C 07-5468 CW
           Plaintiff,        )
)   **STIPULATION TO EXTEND**
    v.                       )   **TIME WITHIN WHICH THE**
)   **DEFENDANTS MUST FILE A**
MICHAEL CHERTOFF, Secretary, )   **RESPONSE**
Homeland Security;           )
EMILIO GONZALEZ, USCIS Director; )
DAVID STILL, District Director, DHS, )
)
           Defendants.       )
                             )

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the Defendants must serve their response to the complaint in the above-entitled action. The Defendants will file their response on or before January 21, 2008.

Dated: January 8, 2008                    Respectfully submitted,

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney



                                          _____/s/_____
                                          EDWARD A. OLSEN
                                          Assistant United States Attorney
                                          Attorneys for Defendants

Stipulation to Extend
C07-5468 CW                               1

1

2  Date: January 8, 2008                                    /s/
                                                JEFF GRIFFITHS
3                                               Attorney for Plaintiff

4

5
                                    **ORDER**
6
   Pursuant to stipulation, IT IS SO ORDERED.
7

8

9  Date:                                    _____
                                             CLAUDIA WILKEN
10                                           United States District Judge