JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEHRAN GHAFOORIAN SEDIGH,<br><br>    Plaintiff,<br><br>    v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Homeland Security;<br>EMILIO GONZALEZ, USCIS Director;<br>DAVID STILL, District Director, DHS,<br><br>    Defendants. | No. C 07-5468 CW<br><br>**STIPULATION TO EXTEND TIME WITHIN WHICH THE DEFENDANTS MUST FILE A RESPONSE** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to a 14-day extension of time within which the Defendants must serve their response to the complaint in the above-entitled action. The Defendants will file their response on or before January 21, 2008.

Dated: January 8, 2008                Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney



                                                /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney
                                             Attorneys for Defendants

1

2  Date: January 8, 2008                    /s/
                                            JEFF GRIFFITHS
3                                           Attorney for Plaintiff

4

5
                              **ORDER**
6
    Pursuant to stipulation, IT IS SO ORDERED.
7

8
         1/10/08
9   Date:                                   _____
                                            CLAUDIA WILKEN
10                                          United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Extend
C07-5468 CW                      2