1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-7169
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12
   MEHRAN GHAFOORIAN SEDIGH,       )    No. C 07-5468-CW
13                                 )
           Plaintiff,               )
14                                 )
       v.                           )
15                                 )
   MICHAEL CHERTOFF, Secretary,    )    **SECOND STIPULATION TO EXTEND**
16 Homeland Security; EMILIO       )    **TIME WITHIN WHICH THE**
   GONZALES, USCIS Director; DAVID )    **DEFENDANTS MUST FILE A RESPONSE**
17 STILL, District Director, DHS,  )
                                   )
18         Defendants.              )
                                   )
19 ─────────────────────────────────

20     Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys

21 of record, hereby stipulate, subject to approval of the Court, to a 2-day extension of time within

22 which the defendants must serve their response to the complaint in the above-entitled action. The

23 defendants will file their response on or before January 23, 2008.

24

25

26

27

28

SECOND STIPULATION TO EXTEND TIME
C 07-5468-CW                                  1

Dated: January 23, 2008               Respectfully submitted,

                                                            JOSEPH P. RUSSONIELLO
                                                            United States Attorney

                                                            /s/
                                                            EDWARD A. OLSEN
                                                            Attorneys for Defendants


Dated:   January 23, 2008                    /s/
                                                            JEFF GRIFFITHS
                                                            Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:                                   _____
                                                            CLAUDIA WILKEN
                                                           United States District Judge