IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRAN GHAFOORIAN SEDIGH,

    Plaintiff,

  v.

MICHAEL CHERTOFF, et al.,

    Defendants.
                                    /

No. C 07-05468 CW

CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE

    Notice is hereby given that the Case Management Conference, previously set for February 5, 2008, is continued to **April 24, 2008, at 2:00 p.m.,** to be heard along with Defendants' Motion to Dismiss, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.  A joint Case Management Statement will be due one week prior to the conference.

Dated: 1/24/08

*Sheilah Cahill*
_____
SHEILAH CAHILL
Deputy Clerk