| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
|   | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
|   | Assistant United States Attorney |
| 3 | Chief, Civil Division |
|   | EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| MEHRAN GHAFOORIAN SEDIGH, | ) | No. C 07-5468-CW |
|   | ) |   |
| Plaintiff, | ) |   |
|   | ) |   |
| v. | ) | ORDER GRANTING |
|   | ) |   |
| MICHAEL CHERTOFF, Secretary, | ) | **SECOND STIPULATION TO EXTEND** |
| Homeland Security; EMILIO | ) | **TIME WITHIN WHICH THE** |
| GONZALES, USCIS Director; DAVID | ) | **DEFENDANTS MUST FILE A RESPONSE** |
| STILL, District Director, DHS, | ) |   |
|   | ) |   |
| Defendants. | ) |   |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to a 2-day extension of time within which the defendants must serve their response to the complaint in the above-entitled action. The defendants will file their response on or before January 23, 2008.

SECOND STIPULATION TO EXTEND TIME
C 07-5468-CW                                                          1

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 23, 2008 | Respectfully submitted, |
| 3 | | JOSEPH P. RUSSONIELLO<br>United States Attorney |
| 4 | | /s/<br>EDWARD A. OLSEN |
| 5 | | Attorneys for Defendants |

Dated: January 23, 2008        /s/
                               JEFF GRIFFITHS
                               Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated:  1/28/08                _____
                               CLAUDIA WILKEN
                               United States District Judge

SECOND STIPULATION TO EXTEND TIME
C 07-5468-CW                              2