| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD A. OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEHRAN GHAFOORIAN SEDIGH,<br><br>     Plaintiff,<br><br>     v.<br><br>MICHAEL CHERTOFF, Secretary,<br>Homeland Security; EMILIO<br>GONZALES, USCIS Director; DAVID<br>STILL, District Director, DHS,<br><br>     Defendants. | No. C 07-5468-CW<br><br>**STIPULATION TO EXTEND HEARING DATE AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing and the case management conference in this case, both of which are scheduled for April 24, 2008, on the following grounds:

1. The plaintiff is a native and citizen of Iran who became a lawful permanent resident of the United States on September 5, 2001.

2. The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 31, 2006.

3. The plaintiff's naturalization application remains pending with USCIS.

STIPULATION TO EXTEND HEARING DATE AND CMC
C 07-5468-CW                                                    1

1   4. The plaintiff filed an action in this Court on October 26, 2007, seeking a judicial determination of his naturalization application.

2   5. The government filed a motion to dismiss on January 23, 2008, and scheduled a hearing for April 24, 2008.

3   6. The plaintiff overlooked the fact that, pursuant to Civ. L.R. 7-3, his opposition to the government's motion to dismiss was due on or before April 3, 2008.

4   7. The parties have agreed, subject to approval of the Court, that the plaintiff shall have until April 18, 2008, to file an opposition, if any, to the government's motion to dismiss; the government shall then have until April 25, 2008 to file a reply, if any.

5   8. The parties respectfully ask the Court to re-schedule the hearing on the government's motion to dismiss from April 24, 2008, to **May 9, 2008, at 2:00 p.m.**

6   9. The parties further respectfully ask this Court to also re-schedule the case management conference from April 24, 2008, to **May 9, 2008, at 2:00 p.m.**

Dated: April 10, 2008                Respectfully submitted,

                                     JOSEPH P. RUSSONIELLO
                                     United States Attorney

                                      /s/
                                     EDWARD A. OLSEN
                                     Attorneys for Defendants


Dated: April 10, 2008                 /s/
                                     JEFF GRIFFITHS
                                     Attorney for Plaintiff


**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____
                                     CLAUDIA WILKEN
                                     United States District Judge

STIPULATION TO EXTEND HEARING DATE AND CMC
C 07-5468-CW                                    2