JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6915
   FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEHRAN GHAFOORIAN SEDIGH,    )<br>                     )<br>     Plaintiff,       )<br>                     )<br>  v.                 )<br>                     )<br>MICHAEL CHERTOFF, Secretary,   )<br>Homeland Security; EMILIO      )<br>GONZALES, USCIS Director; DAVID )<br>STILL, District Director, DHS,    )<br>                     )<br>     Defendants.     )<br>_____ ) | No. C 07-5468-CW<br><br>**STIPULATION TO EXTEND HEARING DATE AND CASE MANAGEMENT CONFERENCE; AND ORDER AS MODIFIED** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to extend the date of the hearing and the case management conference in this case, both of which are scheduled for April 24, 2008, on the following grounds:

    1.  The plaintiff is a native and citizen of Iran who became a lawful permanent resident of the United States on September 5, 2001.

    2.  The plaintiff filed an application for naturalization with the United States Citizenship and Immigration Services (USCIS) on August 31, 2006.

    3.  The plaintiff's naturalization application remains pending with USCIS.

STIPULATION TO EXTEND HEARING DATE AND CMC
C 07-5468-CW              1

1    4.  The plaintiff filed an action in this Court on October 26, 2007, seeking a judicial

2    determination of his naturalization application.

3    5.  The government filed a motion to dismiss on January 23, 2008, and scheduled a hearing for

4    April 24, 2008.

5    6.  The plaintiff overlooked the fact that, pursuant to Civ. L.R. 7-3, his opposition to the

6    government's motion to dismiss was due on or before April 3, 2008.

7    7.  The parties have agreed, subject to approval of the Court, that the plaintiff shall have until

8    April 18, 2008, to file an opposition, if any, to the government's motion to dismiss; the government

9    shall then have until April 25, 2008 to file a reply, if any.

10   8.  The parties respectfully ask the Court to re-schedule the hearing on the government's motion

11   to dismiss from April 24, 2008, to **May 9, 2008, at 2:00 p.m.**

12   9.  The parties further respectfully ask this Court to also re-schedule the case management

13   conference from April 24, 2008, to **May 9, 2008, at 2:00 p.m.**

14

15   Dated:  April 10, 2008                    Respectfully submitted,

16                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
17
                                                  /s/
18                                            EDWARD A. OLSEN
                                              Attorneys for Defendants
19

20

21   Dated:  April 10, 2008                        /s/
                                              JEFF GRIFFITHS
22                                            Attorney for Plaintiff

23

24
                                **ORDER**
25
         Pursuant to stipulation, IT IS SO ORDERED. <mark>EXCEPT THE HEARING AND CASE
26   MANAGEMENT CONFERENCE WILL BE HELD ON MAY 8 UNLESS THE MATTER IS
     DECIDED ON THE PAPERS BEFORE THEN.</mark>
27
                                              _Claudia Wilken_
28   Dated:        4/14/08              _____

STIPULATION TO EXTEND HEARING DATE AND CMC
C 07-5468-CW                     2

1
                                CLAUDIA WILKEN
2
                               United States District Judge

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28