**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE 340**
**SAN FRANCISCO, CA  94102**

**TELEPHONE:** **(415) 495-3710; (408) 975-0500**
**FAX:** **(415) 495-3714; (408) 975-0501**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| In the Matter of: | Civil # C07 5468 CW |
| | (CIS# A75-739-146) |
| Mehran GHAFOORIAN SEDIGH | |
| Plaintiff, | **AMENDED COMPLAINT** |
| | **FOR A WRIT N THE NATURE OF** |
| | **MANDAMUS** |
| Michael Chertoff, Secretary Homeland Security | |
| Emilio Gonzales, USCIS Director | |
| David Still, District Director, DHS | |
| Defendants | |

Plaintiff, by his Attorney, alleges the following complaints against Defendants:

1. Plaintiff is an individual and resident of the United States who resides within the jurisdiction of his Court.  Plaintiff's seeks naturalization with the United States Citizenship and Immigration Service (USCIS);

2. Defendant, Michael Chertoff, is the Secretary of the Department of Homeland Security, Emilio Gonzalez is the Director of the Bureau of Citizenship and Immigration Service of the DHS and David Still is the District Director of the San Francisco District. Defendants are used herein in their official capacities;

3. Defendants are responsible for processing and granting or denying naturalization applications filed within this district pursuant to 8 USC Section 1421. 8 USC 1427, 8 CFR Section 103.1  ( g) (2) (ii), 8 CFR Section 310.2 and 8 CFR Section 316.3;

4. this Court has authority pursuant to the Mandamus Act and the Administrative Procedures Act (5 USC § 701) to order USCIS to process applications within a reasonable amount of time. Liang v. Chertoff, 2007 U.S. Dist. Lexis 83151 (N.D. Cal.);

5. Plaintiff has been a lawful permanent resident of the United States since 9/5/2001;

6. Plaintiff filed an application for naturalization (N-400) with Defendants on 8/31/2006;

7. Defendant has failed to act and adjudicate Plaintiff's application. Defendant is responsible for processing and granting or denying citizenship applications filed within this district.

8. Defendant has not scheduled plaintiff for an interview and more than 600 days has elapsed;

9. No decision, whatsoever, has been made by Defendant;

10. Defendants' refusal to act in this case, as a matter of law, is arbitrary and not in accordance with the law;

11. Plaintiff has made numerous attempts, through prior counsel, for status and adjudication of his application but to no avail;

12. Plaintiff has been greatly damaged by the failure of Defendant to act in accord with their duties under the law. Plaintiff has been deprived of his Constitutional rights and privileges afforded to any and all citizens of the United States.

13. Plaintiff has exhausted all administrative remedies.

WHEREFORE, Plaintiff prays that this Court will render a declaratory judgment that he is entitled to be naturalized; and that this Court will grant further relief as may be just, lawful and equitable to the premises including court costs and reasonable attorney fees.


Respectfully Submitted,


_____
JEFF GRIFFITHS, ESQ.
Attorney for Plaintiff

May 2, 2008