JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD OLSEN, CSBN 214150
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6915
FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MEHRAN GHAFOORIAN SEDIGH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL CHERTOFF, Secretary, Homeland Security;<br>EMILIO GONZALEZ, USCIS Director;<br>DAVID STILL, District Director, DHS,<br><br>　　　　　Defendants. | No. C 07-5468 CW<br><br>ANSWER TO AMENDED COMPLAINT |

Defendants hereby submit their answer to Plaintiff's Amended Complaint for Writ in the Nature of Mandamus.

1. The defendants admit the allegations in Paragraph One.

2. The defendants admit the allegations in Paragraph Two.

3. The allegations admit the allegations in Paragraph Three.

4. The defendants deny the allegations in Paragraph Four.

5. The defendants admit the allegations in Paragraph Five.

6. The defendants admit the allegations in Paragraph Six.

7. The defendants deny the allegations in the first sentence of Paragraph Seven. With respect to the second sentence in Paragraph Seven, the defendants are unclear as to which defendant the

1 | plaintiff is referring to.

2 |     8. The defendants admit the allegations in Paragraph Eight.

3 |     9. The defendants deny the allegations in Paragraph Nine.

4 |     10. The defendants deny the allegations in Paragraph Ten.

5 |     11. The defendants are without sufficient information to admit or deny the allegations in
6 | Paragraph Eleven.

7 |     12. Defendants are without sufficient information to admit or deny the allegations in
8 | Paragraph Twelve.

9 |     13. Defendants deny the allegations in Paragraph Thirteen.

10 |

11 |     The remaining paragraph consists of Plaintiff's prayer for relief and request for costs and fees,
12 | to which no admission or denial is required; to the extent a responsive pleading is deemed to be
13 | required, Defendants deny the allegations in this paragraph.

14 | **FIRST AFFIRMATIVE DEFENSE**

15 |     The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(6) because Plaintiff fail
16 | to state a claim upon relief may be granted.

17 | **SECOND AFFIRMATIVE DEFENSE**

18 |     The court should dismiss the complaint under Fed. R. Civ. P. 12(b)(1) for lack of subject
19 | matter jurisdiction.

20 |     WHEREFORE, Defendants pray for relief as follows:

21 |     That judgment be entered for Defendants and against Plaintiff, dismissing Plaintiff's Amended
22 | Complaint with prejudice; that Plaintiff takes nothing; and that the Court grant such further relief
23 | as it deems just and proper under the circumstances.

24 | Dated: May 7, 2008                        Respectfully submitted,

25 |                                           JOSEPH P. RUSSONIELLO
26 |                                           United States Attorney

27 |                                           /s/
                                          EDWARD OLSEN
                                          Assistant United States Attorney
28 |                                           Attorneys for Defendants

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ANSWER TO AMENDED COMPLAINT
C07-5468 CW                                       3