**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE 340**
**SAN FRANCISCO, CA  94102**

**TELEPHONE:**   (415) 495-3710; (408) 975-0500
**FAX:**              (415) 495-3714; (408) 975-0501

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFONIA

| | |
|---|---|
| **In the Matter of:** | Civil # C07 5468 CW |
| | (CIS# A75-739-146) |
| **Mehran GHAFOORIAN SEDIGH** | |
| **Plaintiff,** | **MOTION FOR JUDGMENT ON THE PLEADINGS** |
| **Michael Chertoff, Secretary Homeland Security** | |
| **Emilio Gonzales, USCIS Director** | |
| **David Still, District Director, DHS** | |
| **Defendants** | |

Plaintiff, by and through his attorney of record, submitted an amended complaint for a writ in the nature of Mandamus on May 2, 2008.  Defendant submitted an Answer on May 7, 2008, in which they sought dismissal for failure to state a claim and lack of subject matter jurisdiction.

Plaintiff submits this Motion for a Judgment on the Pleadings and asks this Court to make the following determinations:

1. issuance of a writ in the nature of Mandamus, ordering that Defendants (USCIS) fulfill its duty to act by scheduling an interview for Plaintiff's naturalization application (N-400) within 30 days, and in addition, final adjudication and decision within 120 days of his interview;

2. sustain allegation #4 in the amended complaint, finding subject matter jurisdiction;
3. sustain allegation #7 in the amended complaint, finding that defendants have failed to act in their capacity.  See docket #13 – both Plaintiff and Defendant stipulated that Plaintiff's naturalization application remains pending with USCIS in paragraph 2 and 3.
4. sustain allegation #9 in the amended complaint, that USCIS has not made any decision on Plaintiff's naturalization application.  See also docket #13, paragraph 3 stipulating that application remains pending, inferring that no decision has been made;
5. sustain allegations #11, 12 and 13 in the amended complaint, in that Plaintiff has been deprived of his Constitutional rights and privileges afforded to all United States Citizens and has therefore been greatly damages;
6. Plaintiff seeks court costs ($350) and attorney fees ($2210) as he has exhausted all administrative remedies.

Respectfully Submitted,


_____
JEFF GRIFFITHS, ESQ.
Attorney for Plaintiff

May 9, 2008