IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRAN GHAFOORIAN SEDIGH,

    Plaintiff,

    v.

MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, Director, USCIS; DAVID STILL, District Director, DHS,

    Defendants.
_____/

No. C 07-5468 CW

ORDER

    It has come to the Court's attention that Jeffrey Griffiths, the individual who filed this case for Plaintiff, is not listed as a member of the State Bar of California.  Moreover, Mr. Griffiths has not moved for <u>pro hac vice</u> status or retained local counsel to permit him to practice in this District without being a member of the California Bar.

    Within two days of the date of this order, Mr. Griffiths shall:

    (1) respond to this order with any evidence that he is a member of the California Bar and licensed to practice before this Court;

    (2) serve this order and his response on his client Mr. Sedigh;

  (3) file a declaration indicating under penalty of perjury that he has served the documents on Mr. Sedigh; and

  (4) provide the Court with Mr. Sedigh's contact information.

  IT IS SO ORDERED.

Dated: 5/13/08

CLAUDIA WILKEN
United States District Judge

2