**United States District Court**
For the Northern District of California

1

2

3

4

5                    IN THE UNITED STATES DISTRICT COURT

6              FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
MEHRAN GHAFOORIAN SEDIGH,
8                                          No. C 07-5468 CW
          Plaintiff,
9                                          AMENDED ORDER
       v.
10
MICHAEL CHERTOFF, Secretary, Homeland
11 Security; EMILIO GONZALES, Director,
USCIS; DAVID STILL, District
12 Director, DHS,

13        Defendants.

14 ─────────────────────────────────/

15

16      It has come to this Court's attention that that Jeffrey

17 Griffiths, the individual who filed this case for Plaintiff, is not

18 listed as a member of the State Bar of California.  The Court

19 recognizes that it granted Mr. Griffiths' application for admission

20 pro hac vice in this case.  However, such application was granted

21 in error because Mr. Griffiths practices law in the State of

22 California.  See Civil L.R. 11-3(a)(3).  The Court also notes that

23 the attorney Mr. Griffiths listed as local counsel on his

24 application, Reem Azzghayer, is no longer an active member of the

25 California Bar.  Within one day of the date of this order, Mr.

26 Griffiths shall:

27      (1) respond to this order with any evidence that he is a

28 member of the California Bar and licensed to practice before this

1  Court;

2       (2) serve this amended order and his response on his client

3  Mr. Sedigh;

4       (3) file a declaration indicating under penalty of perjury

5  that he has served the documents on Mr. Sedigh; and

6       (4) provide the Court with Mr. Sedigh's contact information.

7

8       IT IS SO ORDERED.

9

10 Dated: 5/14/08

   _____
   CLAUDIA WILKEN
11 United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2