IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRAN GHAFOORIAN SEDIGH,

    Plaintiff,

  v.

MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, Director, USCIS; DAVID STILL, District Director, DHS,

    Defendants.
_____/

No. C 07-5468 CW

SCHEDULING ORDER

    The Court hereby orders that a case management conference will be held in this case at 2:00 PM on Tuesday, June 10, 2008. Mr. Sedigh shall appear at the case management conference along with Mr. Griffiths and any local counsel or co-counsel with whom Mr. Griffiths intends to pursue this case.

    IT IS SO ORDERED.

Dated: 5/19/08

_____
CLAUDIA WILKEN
United States District Judge