1  **JEFF GRIFFITHS, ESQ.**
   **GANJOO LAW OFFICE**
2  **870 MARKET STREET, SUITE 340**
   **SAN FRANCISCO, CA  94102**
3
   TELEPHONE:   (415) 495-3710; (408) 975-0500
4  FAX:         (415) 495-3714; (408) 975-0501

5

6                    UNITED STATES DISTRICT COURT

7                    NORTHERN DISTRICT OF CALIFONIA

8

9
   In the Matter of:                          )       Civil # C07 5468 CW
10                                             )       (CIS# A75-739-146)
   Mehran GHAFOORIAN SEDIGH                   )
11                                             )
           Plaintiff,                          )       **DECLARATION OF**
12                                             )       **JEFF GRIFFITHS, ESQ.**
                                               )
13 Michael Chertoff, Secretary Homeland Security )
   Emilio Gonzales, USCIS Director            )
14 David Still, District Director, DHS        )
                                               )
15                                             )
           Defendants                          )
16                                             )
                                               )
17 _____ )

18
19
20
21
22
23
24
25
26

## DECLARATION OF JEFF GRIFFITHS, ESQ.

I, Jeff Griffiths, Esq., declare under penalty of perjury and in response to Document 23 as follows:

1. It has come to Counsel's attention that previous response may be insufficient, and therefore supplements the record with this declaration;

2. Counsel is a member of the Indiana Bar, not California;

3. Counsel has served Document 23 and Document 24 on client, Mehran Sedigh

4. Plaintiff, Merhran Sedigh's mailing address is 17640 Vineland Avenue, Montesereno, CA 95030.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May, 2008 in San Francisco, CA.

Respectfully Submitted,


_____
JEFF GRIFFITHS, ESQ.
Attorney for Plaintiff

May 22, 2008