IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRAN GHAFOORIAN SEDIGH,

    Plaintiff,

  v.

MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, Director, USCIS; DAVID STILL, District Director, DHS,

    Defendants.
                                          /

No. C 07-5468 CW

ORDER

    In an order dated May 14, 2008, the Court instructed Jeffrey Griffiths to take certain steps with respect to his representation of Plaintiff Mehran Sedigh. On May 15, 2008, Mr. Griffiths filed a reply in support of the previously filed motion for judgment on the pleadings that included a partial response to the Court's instructions. On May 19, 2008, the Court scheduled a case management conference instructing Mr. Sedigh to appear along with Mr. Griffiths and any local or co-counsel with whom Mr. Griffiths intends to pursue this case. On May 22, 2008 Mr. Griffiths filed a supplemental response to the Court's May 14 order.

    Having reviewed counsel's filings, the Court hereby orders that Mr. Griffiths may proceed on this case if he gets as local counsel an active member of the California Bar. Within two weeks

of the date of this order, such co-counsel shall file a notice of appearance and a separate notice indicating his or her endorsement of the already filed motion for judgment on the pleadings.

The case management conference previously scheduled for Tuesday, June 10 is hereby vacated.

IT IS SO ORDERED.

Dated: 6/9/08

_____
CLAUDIA WILKEN
United States District Judge