UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEHRAN GHAFOORIAN SEDIGH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL CHERTOFF et al,<br><br>　　　　Defendant._____/ | Case Number: CV07-05468 CW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 10, 2008, I SERVED a true and correct copy(ies) of the Order filed June 9, 2008, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Merhran Sedigh
17640 Vineland Avenue
Montesereno, CA  95030

Dated: June 10, 2008

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　By: Sheilah Cahill, Deputy Clerk