**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE #340**
**SAN FRANCISCO, CA  94102**

**PHONE:** (415)495-3710; (408)975-0500
**FAX:** (415)495-3714; (408)975-0501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **Mehran GHAFOORIAN SEDIGH** | **Civil # C07 5468 CW** |
| | (CIS# A75-739-146) |
| **Plaintiff,** | |
| v. | **NOTICE OF APPEARANCE** |
| **MICHAEL CHERTOFF, Secretary Homeland Security; EMILIO GONZALEZ, USCIS Director; DAVID STILL, District Director, DHS.** | |
| **Defendants.** | |

Plaintiff through Counsel, Nadia Farah, files this Notice of Appearance as ordered by U.S. District Judge Claudia Wilken (document 27) on 6/9/2008 and understand that my appearance will be entered as co-counsel and that Mr. Jeff Griffiths will remain lead Counsel.  I, Nadia Farah, am an attorney who is a member of the bar of California in good standing and who maintains an office within the State of California.  My California bar number is 154599.  My name, address and phone number is:  Nadia Farah, Esq., 39159 Paseo Padre Parkway #211, Fremont, CA  94538 and (510)494-8156.

Respectfully Submitted,

NADIA FARAH, ESQ.                    June 12, 2008

1