**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE #340**
**SAN FRANCISCO, CA  94102**

**PHONE:**     **(415)495-3710; (408)975-0500**
**FAX:**          **(415)495-3714; (408)975-0501**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Mehran GHAFOORIAN SEDIGH ) | Civil # C07 5468 CW |
| ) | (CIS# A75-739-146) |
| **Plaintiff,** ) | |
| ) | |
| v.  ) | **PLAINTIFF'S MOTION TO** |
| ) | **ENDORSE ALREADY FILED** |
| MICHAEL CHERTOFF, Secretary ) | **MOTION FOR JUDGMENT ON** |
| Homeland Security; EMILIO ) | **THE PLEADINGS** |
| GONZALEZ,USCIS Director; ) | |
| DAVID STILL, District Director, DHS. ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff through Counsel, Nadia Farah, files this Motion to Endorse Already Filed Motion for Judgment on the Pleadings (Document 20), along with previously filed motions already filed by lead Counsel, Mr. Jeff Griffiths.  This Motion is being submitted per order of Judge Claudia Wilken (document 27) on 6/9/2008.

Respectfully Submitted,

_____
NADIA FARAH, ESQ.

June 12, 2008

1