IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEHRAN GHAFOORIAN SEDIGH,

      Plaintiff,

  v.

MICHAEL CHERTOFF, Secretary, Homeland Security; EMILIO GONZALES, Diector, USCIS; David Still, District Director, DHS.

      Defendants.
_____/

No. C 07-05468 CW

**JUDGMENT**

    For the reasons set forth in this Court's Order Granting Plaintiff's Motion for Judgment on the Pleadings,

    IT IS ORDERED AND ADJUDGED

    That Defendants shall request that the FBI expedite Plaintiff Mehran Ghafoorian Sedigh's background check and complete their adjudication of his N-400 application expeditiously.

    Dated at Oakland, California, this 1st day of July, 2008.

                                    RICHARD W. WIEKING
                                    Clerk of Court

                    By: *Sheilah Cahill*
                                  SHEILAH CAHILL
                                  Deputy Clerk