**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE #340**
**SAN FRANCISCO, CA  94102**

PHONE:      (415)495-3710; (408)975-0500
FAX:           (415)495-3714; (408)975-0501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Mehran GHAFOORIAN SEDIGH ) ) Plaintiff, ) ) v. ) ) MICHAEL CHERTOFF, Secretary Homeland Security; EMILIO GONZALEZ, USCIS Director; DAVID STILL, District Director, DHS. ) ) ) ) ) Defendants. ) | Civil # C07 5468 CW (CIS# A75-739-146) **PLAINTIFF'S MOTION SANCTIONS** |

   Plaintiff through Counsel files this motion for sanctions to recover attorney fees and courts costs for the following reasons.  On 6/23/2008, United States District Judge Wilken issued an order granting plaintiff's motion for judgment on the pleadings (document 31).  Defendants were ordered to expedite plaintiff's FBI background check and adjudicate his N-400 expeditiously.

   Plaintiff now requests this court to order defendants to compensate plaintiff for court costs ($350), attorney fees ($2000) plus $210 filing fee for *pro hac vice*, totaling **$2560**.  A sworn declaration and itemized bills receipts are being submitted along with this motion.

1

Respectfully Submitted,


_____/s/_____
JEFF GRIFFITHS, ESQ.

July 18, 2008