**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE #340**
**SAN FRANCISCO, CA  94102**

**PHONE:** (415)495-3710; (408)975-0500
**FAX:** (415)495-3714; (408)975-0501

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

|  |  |
|---|---|
| **Mehran GHAFOORIAN SEDIGH** ) ) ) **Plaintiff,** ) ) v. ) ) **MICHAEL CHERTOFF, Secretary** ) **Homeland Security; EMILIO** ) **GONZALEZ, USCIS Director;** ) **DAVID STILL, District Director, DHS.** ) ) **Defendants.** ) ) | Civil # C07 5468 CW (CIS# A75-739-146) **DECLARATION OF JEFF GRIFFITHS, ESQ. IN SUPPORT OF MOTION FOR SANCTIONS** |

1

## DECLARATION OF JEFF GRIFFITHS, ESQ.

I, Jeff Griffiths, Esq., declare under the penalty of perjury as follows:

1. Plaintiff has paid this office (Ganjoo Law Office) $2000 for attorney fees for case number C07 5468 CW;

2. Plaintiff has paid court costs in the amount of $350 to file this case;

3. Plaintiff has paid a filing fee for an application *pro hac vice* to this court;

4. Plaintiff has paid a total amount of **$2560** in attorney fees and court costs so that his application for naturalization (N-400) may be adjudicated, and such fees were a product of unreasonable delay by defendants.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 18th day of July, 2008 in San Jose, CA.

Respectfully Submitted,


_____/s/_____
JEFF GRIFFITHS, ESQ.
Attorney for Plaintiff

July 18, 2008