```
Court Name: U.S. District Court, NDCA        Court Name: U.S. District Court, NDCA
Division: 3                                  Division: 3
Receipt Number: 34611011845                  Receipt Number: 34611011844
Cashier ID: almaceh                          Cashier ID: almaceh
Transaction Date: 10/26/2007                 Transaction Date: 10/26/2007
Payer Name: MEHRAN SEDIGH                    Payer Name: MEHRAN SEDIGH
----------------------------------           ----------------------------------
ATTORNEY ADMISSIONS - GENERAL                CIVIL FILING FEE
 For: JEFF GRIFFITHS                          For: MEHRAN SEDIGH
  Amount:         $150.00                     Case/Party: D-CAN-4-07-CV-005468-001
ATTORNEY ADMISSIONS - LOCAL                   Amount:         $350.00
 For: JEFF GRIFFITHS                         ----------------------------------
  Case/Party: D-CAN-3-07-AT-PROHAC-001       MONEY ORDER
  Amount:         $60.00                      Check/Money Order Num: 11544333041
----------------------------------            Amt Tendered: $350.00
MONEY ORDER                                  ----------------------------------
 Check/Money Order Num: 11544333030          Total Due:     $350.00
 Amt Tendered: $210.00                       Total Tendered: $350.00
----------------------------------           Change Amt:    $0.00
Total Due:     $210.00
Total Tendered: $210.00                      CW
Change Amt:    $0.00

07-5468 CW                                   Checks and drafts are accepted
                                             subject to collections and full
                                             credit will only be given when the
Checks and drafts are accepted               check or draft has been accepted by
subject to collections and full              the financial institution on which
credit will only be given when the           it was drawn.
check or draft has been accepted by
the financial institution on which
it was drawn.
```

```
                                    SALES DRAFT

                              GANJOO LAW OFFICE
                              111 W. ST. JOHN ST. #513
                              SAN JOSE, CA 95113
                              TERMINAL 0817355

3235747339990
10/01/2007  15:10:18
MC 5424180742089905              EXP. 0108
AUTH. TRANS. ID. MCCX22LIK
INVOICE          B0001 002
AUTH. CODE       32289B
AV. CODE  NY

SALE TOTAL              $1000.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

                                 MERCHANT COPY
```

```
                                    SALES DRAFT

                              GANJOO LAW OFFICE
                              870 MARKET ST. #340
                              SAN FRANCISCO, CA 94102
                              TERMINAL 0817356

3235747329952
10/29/2007  11:31:43
MC: 5424180742089905             EXP. 0108
AUTH. TRANS. ID. MCCX4W0PS
INVOICE          B0001 002
AUTH. CODE       65049

SALE TOTAL              $1000.00

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

X_____

                                 MERCHANT COPY
```