**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE #340**
**SAN FRANCISCO, CA  94102**

**PHONE:** **(415)495-3710; (408)975-0500**
**FAX:** **(415)495-3714; (408)975-0501**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **Mehran GHAFOORIAN SEDIGH** ) | **Civil # C07 5468 CW** |
| ) | (CIS# A75-739-146) |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **PLAINTIFF'S WITHDRAW** |
| ) | **OF DOCUMENT 33** |
| **MICHAEL CHERTOFF, Secretary** ) | |
| **Homeland Security; EMILIO** ) | |
| **GONZALEZ, USCIS Director;** ) | |
| **DAVID STILL, District Director, DHS.** ) | |
| ) | |
| **Defendants.** ) | |

Plaintiff, hereby withdraws his Motion for Sanctions for attorney fees and court costs submitted on July 18, 2008 with two attachments.  Plaintiff's Counsel has since spoken with Edward Olson, Esq. for Defendants who anticipates an expeditious interview for naturalization in compliance with this court's order.  Plaintiff will not pursue fees and costs so long as an interview is scheduled by USCIS within the next 60-90 days.  Plaintiff and Counsel truly appreciate assistance and cooperation provided by Mr. Olson and only desire a quick resolution without excessive costs to Plaintiff.

Respectfully Submitted,

      /s/
JEFF GRIFFITHS, ESQ.                                                                    dated: July 18, 2008