**JEFF GRIFFITHS, ESQ.**
**GANJOO LAW OFFICE**
**870 MARKET STREET, SUITE 340**
**SAN FRANCISCO, CA  94102**

**TELEPHONE:**   **(415) 495-3710; (408) 975-0500**
**FAX:**              **(415) 495-3714; (408) 975-0501**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFONIA**
**OAKLAND DIVISION**

| | |
|---|---|
| In the Matter of: ) | Civil # C07 5468 CW |
| ) | (CIS# A75-739-146) |
| Mehran GHAFOORIAN SEDIGH ) | |
| ) | |
| Plaintiff, ) | **NOTICE OF WITHDRAW OF** |
| ) | **DOCUMENT 33 and 34** |
| ) | |
| Michael Chertoff, Secretary Homeland Security ) | |
| Emilio Gonzales, USCIS Director ) | |
| David Still, District Director, DHS ) | |
| ) | |
| ) | |
| Defendants ) | |
| ) | |
| ) | |
| _____) | |

Plaintiff hereby withdraws his motion for sanctions for attorney fees and court costs, submitted on July 18, 2008 with two attachments.  Plaintiff will not pursue fees and costs so long as an interview is kindly scheduled by USCIS within the next 60-90 days and is allotted sufficient notice of future interview.   Plaintiff only desires reasonable and timely resolution of this matter without excessive costs.

Respectfully Submitted,

_____/s/_____
JEFF GRIFFITHS, ESQ.

July 21, 2008